ACCEPTED
06-15-00030-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 3:07:32 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00030

| | | |
|---|---|---|
| LETA YORK<br>Appellant, | §<br>§<br>§ | IN THE |
| V. | §<br>§ | SIXTH COURT |
| TODD BOATMAN<br>Appellee. | §<br>§<br>§ | OF APPEALS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 3:07:32 PM
DEBBIE AUTREY
Clerk

## FIRST MOTION TO EXTEND TIME
## TO FILE APPELLEE'S BRIEF

Now comes TODD BOATMAN, Appellee in the above styled and numbered cause, and moves this court to grant an extension of time to file appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 62ND Judicial district Court of Hopkins County, Texas.

2.  The case below was styled Leta York vs. Todd Boatman and numbered CV 41400.

3.  This is a civil case involving title to land. There is no questions for immediate possession of the land.

4.  Notice of appeal was given on June 19, 2015.

5.  The clerk's record was filed on July 23, 2015; the reporter's record was filed on September 4, 1015.

6.  The appellees brief is presently due on November 18, 2015.

7.  Appellee requests an extension of time of 14 days from the present date, i.e. December 2, 2015.

8.  No extension to file the brief has been made in this cause.

9.  Appellee relies on the following facts as good cause for the requested extension:

Appellee's attorney has been involved in multiple civil litigation cases during the last thirty (30) days. He is almost complete with the brief, but needs just a few more days to complete it. Appellant is in agreement with this extension.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Powers & Blount, LLP

By: _____
Larry A. Powers
Texas Bar No. 16218500
P.O. Box 877
200 Jackson St.
Sulphur Springs, Tx 75483
Tel. (903) 885-6506
Fax. (903) 885-1199
Email: pb4us@yahoo.com
Attorney for Todd Boatman

STATE OF TEXAS                          §
                                        §
COUNTY OF HOPKINS                       §

BEFORE ME, the undersigned authority, on this day personally appeared Larry A. Powers, who after being duly sworn state:

"I am the attorney for the Appellee in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and swear that all of the allegations of fact contained therein are true and correct."



LARRY A. POWERS
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on November 12th, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

CAROL J. POTTEIGER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 02-22-2018

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2015, a true and correct copy of the above and foregoing document was served on Phil Smith by fax to 903-439-3110.

_____
LARRY A. POWERS

## CERTIFICATE OF CONFERENCE

This is to certify that I have personally spoken to the other attorney, Phil Smith, and he has agree to this request for extension of time to file Appellee's brief.

_____
LARRY A. POWERS